[5 NE3d 999, 982 NYS2d 836]

Nelson Lebron, Appellant, v SML Veteran Leather, LLC, Respondent.

Decided February 20, 2014

### APPEARANCES OF COUNSEL

*Pollack, Pollack, Isaac & De Cicco*, New York City (*Brian J. Isaac* of counsel), and *Okun Oddo & Babat, P.C.* (*Darren Seilback* of counsel), for appellant.

*The Law Offices of Edward M. Eustace*, White Plains (*Christopher M. Yapchanyk* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs.

Applying New Jersey law and viewing the evidence in a light most favorable to plaintiff (*see Laidlow v Hariton Mach. Co., Inc.*, 170 NJ 602, 607, 790 A2d 884, 887 [2002]), defendant SML Veteran Leather, LLC demonstrated its entitlement to summary judgment dismissing the complaint against it. Plaintiff failed to raise a triable issue of fact whether defendant's conduct constituted an intentional wrong under the New Jersey Workers' Compensation Act (*see* NJ Stat Ann § 34:15-8; *compare Mull v Zeta Consumer Prods.*, 176 NJ 385, 392, 823 A2d 782, 786 [2003]; *Laidlow*, 170 NJ at 622, 790 A2d at 897-898).

Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and RIVERA concur; Judge ABDUS-SALAAM taking no part.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.